# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shapiro, Norma L. | EDPA, Philadelphia | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | Jewish Publication Society |
| 2. | Delegate to ABA | National Association of Women Judges |
| 3. | Member, Nominating Committee | National Association of Women Judges |
| 4. | Member, Committee on Women in Prison | National Association of Women Judges |
| 5. | Member, Committee on Women in the Profession | Pennsylvania Bar Association |
| 6. | Member, Minority Bar Committee | Pennsylvania Bar Association |
| 7. | Member, Leadership Development & Recruitment Committee | Pennsylvania Bar Association |
| 8. | Member, Sandra Day O'Connor Award Committee | Philadelphia Bar Association |
| 9. | Chair, Board of Directors | Violette De Mazia Foundation |
| 10. | Consultant, Standing Committee on Federal Judicial Improvements | American Bar Association |
| 11. | Member, 2013 John Marshall Award Selection Committee | American Bar Association |
| 12. | Representative, Appellate Judges Education Institute, Board of Directors | American Bar Association |
| 13. | Executrix | Estate ▓▓▓▓ (See Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 02/06/2013-02/11/2013 | Dallas, TX | Midyear Meeting and meeting of Appellate Judges Education Institute | Transportation, food & lodging. |
| 2. | American Bar Association | 04/19/2013-04/21/2012 | Milwaukee, WI | Standing Committee on Federal Judicial Improvements Spring Meeting | Food & lodging. |
| 3. | American Bar Association | 08/07/2013-08/14/2013 | San Francisco, CA | ABA Annual Meeting and meeting of Appellate Judges Education Institute | Transportation, food & lodging. |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Mellon Bank (Checking Account) | | None | J | T | | | | | Not now interest bearing. |
| 2. Firstrust Bank (Checking) | A | Interest | J | T | | | | | |
| 3. Firstrust Bank (Savings) | A | Interest | M | T | | | | | |
| 4. Stifel Nicholas General Money | A | Dividend | J | T | | | | | |
| 5. Oppenheimer PA Municipal Bond | B | Dividend | K | T | | | | | |
| 6. Vanguard Life Strategy Mod. Growth - IRA | C | Dividend | M | T | Sold (part) | 01/31/13 | J | A | |
| 7. Vanguard Star Fund-IRA | C | Dividend | M | T | | | | | |
| 8. Vanguard GNMA Fund Admiral IRA | C | Dividend | M | T | Sold (part) | 01/31/13 | K | A | |
| 9. Unit Trust First Trust Unit █ | B | Dividend | | | Sold | 02/05/13 | K | A | |
| 10. First Trust Unit █ | B | Dividend | | | Sold | 04/09/13 | K | A | |
| 11. Unit Trust First Trust Unit █ | B | Dividend | K | T | | | | | |
| 12. Firstrust Int. Rate Hedge | A | Dividend | K | T | Buy | 04/05/13 | K | | |
| 13. Firstrust S. Ltd. | A | Dividend | K | T | Buy | 02/13/13 | K | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information.

Part 1 - Positions:
Numbers 1, 2, 5, 8 and 10 are non-profit organizations. I have no control over the expenditures of these organizations, although with effort I could ascertain their assets.

Number 9 (Violette de Mazia Foundation) is a 501(c)(3) charitable organization. I do vote on the expenditure of funds together with the other four Directors. I receive no compensation. The total assets of this organization at the end of 2013 were in the amount of approximately $8,409,589.

████████████████████, died on November 27, 2007; ██ Will names me the Executrix and sole beneficiary of ██ estate. ██ assets, listed under Section VII, became assets of the Estate ██████████; in 2008, they were transferred to a Tax Exempt Marital Trust and rolled over into my Vanguard IRA. All assets listed in Section VII which were in ██ name prior to ██ death were in the Estate █████████ at year end and transferred to the Tax Exempt Marital Trust in 2008. Bank accounts that were previously joint accounts are now titled in my name only.

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norma L. Shapiro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544